# United States Navy–Marine Corps Court of Criminal Appeals

————————————

**UNITED STATES**
*Appellee*

v.

**Christopher PIERRELOUIS**
**Master-At-Arms Petty Officer Second Class (E-5),**
**U.S. Navy**
*Appellant*

————————————

**No. 201800291**

————————————

*Decided:* 10 January 2019

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary.

*Military Judge:* Commander Jonathan T. Stephens.

*Approved Sentence:* Reduction to E-3, confined for 150 days, and bad-conduct discharge. Sentence adjudged 5 July 2018 by a special court-martial convened at Region Legal Service Office Southwest, San Diego, California consisting of a military judge sitting alone.

*For Appellant:* Commander C. Eric Roper, JAGC, USN.

*For Appellee:* Brian Keller, Esq.

————————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

————————————

Before HUTCHISON, LAWRENCE, and ELLINGTON,
*Appellate Military Judges.*

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court